IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KIETHAN VALENTINE,**

    Plaintiff,

v.                                           No. 11-cv-0123 GBW/SMV

**NEW MEXICO CORRECTIONS DEPARTMENT,**
**et al.,**

    Defendants.

## ORDER ON MOTION TO COMPEL REGARDING DOCUMENTS SUBMITTED FOR IN CAMERA REVIEW

THIS MATTER is before the Court on Plaintiff's Motion to Compel Documents from Defendant Brown [Doc. 155] ("Motion to Compel") and this Court's Order on Motion to Compel [Doc. 173]. In my previous Order, I ordered Defendant Brown to submit certain documents to me for in camera inspection. See [Doc. 173] at 2. Defendant Brown did so by letter dated September 20, 2012. The documents were Bates-labeled "Valentine-In Camera Review Docs_000001-000023." I have reviewed the documents and find that they are neither relevant to any material issue in the lawsuit, nor likely to lead to the discovery of admissible evidence.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Compel [Doc. 155] be and the same hereby is **DENIED** with respect to the documents submitted to me for in camera review.

**IT IS SO ORDERED.**

                                                                                   _____
                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**