IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KIETHAN VALENTINE,**

    Plaintiff,

v.                                                        No. 11-cv-0123 GBW/SMV

**NEW MEXICO CORRECTIONS DEPARTMENT,**
et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES

THIS MATTER is before the Court on the Parties' Joint Motion to Extend Pretrial Order-Related Deadlines [Doc. 179] ("Motion"), filed on October 4, 2012. The Court previously directed counsel to submit a consolidated final pretrial order as follows: from Plaintiff to Defendants on or before October 8, 2012, and from Defendants to the Court on or before October 22, 2012. Order Setting Pretrial Deadlines [Doc. 101] at 2. The parties request that each be given three extra days on these deadlines. Motion [Doc. 179] at 1. The Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Parties' Joint Motion to Extend Pretrial Order-Related Deadlines [Doc. 179] is **GRANTED**. Counsel are directed to submit a consolidated final pretrial order as follows: Plaintiff to Defendant on or before **October 11, 2012**; Defendants to the Court on or before **October 25, 2012**.

**IT IS SO ORDERED**.

                                                                                                    **STEPHAN M. VIDMAR**
                                                                                                    **United States Magistrate Judge**