IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIETHAN VALENTINE,

    Plaintiff,

v.                                                            No. 11-123 GBW/SMV

NEW MEXICO CORRECTIONS
DEPARTMENT, C. MICHAELL
MARTIN, WILLIAM HENDRIX,
JOE R. WILLIAMS, TIM LeMASTER,
and JONI BROWN,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff's Designations of Deposition Testimony of Antonio Orozco (*doc.* 184) and Seyed Hasan Nazirpour-Caloor (*doc.* 188) and and the accompanying briefing (*docs*. 218, 219, 227), and Defendants' Designations of Deposition Testimony of Larry Flynn (*doc.* 201) and the accompanying briefing (*doc.* 240).

The Court, having considered the Parties' briefing, therefore finds the following:

**Antonio Orozco**

1. Defendants' Objections to Plaintiff's Designations of Mr. Orozco's testimony at 9:17-18, 9:25-10:21, and 18:12-23 are OVERRULED.

2. Defendants' Objections to Plaintiff's Designations of Mr. Orozco's testimony at 11:10-12:1 and 20:6-17 are SUSTAINED.

**Seyed Hasan Nazirpour-Caloor**

1. Plaintiff's Objections as to Defendants' Counter-Designations of Mr. Nazirpour-Caloor's testimony at 22:23-23:16 and 28:15-22 are OVERRULED.

2. Plaintiff's Objections as to Defendants' Counter-Designations of Mr. Nazirpour-Caloor's testimony at 7:19-23, 8:1-5, 20:13-25, and 42:10-12 are SUSTAINED.

**Larry Flynn**

1. Plaintiff's Objections as to Defendants' Designations of Mr. Flynn's testimony at 63:9 and 63:19 are SUSTAINED.

2. Plaintiff's Objection as to Defendants' Designation of Mr. Flynn's testimony at 75:4-8 is SUSTAINED in part: Mr. Flynn's entire answer after "No" at 75:7 is STRICKEN.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by consent**