# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KIETHAN VALENTINE,

      Plaintiff,

v.                                           No. 11-123 GBW/SMV

NEW MEXICO CORRECTIONS
DEPARTMENT, C. MICHAELL
MARTIN, WILLIAM HENDRIX,
JOE R. WILLIAMS, TIM LeMASTER,
and JONI BROWN,

      Defendants.

## ORDER AMENDING PREVIOUS ORDER

This matter comes before the Court after the pre-trial conference held on November 27, 2012. *Doc. 242.*  At that time, Plaintiff noted that the Court's order issued on November 26, 2012 (*doc. 246*), contained an error as to the designation Seyed Hasan Nazirpour-Caloor's deposition, stating that Plaintiff's Objection to the designation at 42:10-12 is sustained.  In fact, the proper designation is 42:10-42:**13**.  The Court hereby amends its order (*doc. 246*) to state the following:

"2. Plaintiff's Objections as to Defendants' Counter-Designations of Mr. Nazirpour-Caloor's testimony at 7:19-23, 8:1-5, 20:13-25, and 42:10-13 are SUSTAINED."

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by consent**